# Court of Appeals
# of the State of Georgia

ATLANTA, November 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0204, A14A0205. DRURY et al. v. SECURITY STATE BANK.**

The appellants in these related cases have moved to supplement the appellate record with certain documents they contend were filed below but not transmitted to this court, in spite of their directives in their notices of appeal that the trial court clerk omit nothing from the record on appeal. Specifically, the appellants assert that missing from the appellate record are transcripts from hearings on August 25, 2011, September 28, 2011, February 23, 2012, and July 11, 2013; the "Affidavit Of Carl M. Drury, III," filed on November 27, 2012; and a pleading entitled "Defendants' Response To Plaintiffs Motion To Dismiss Defendants' Appeal As Moot And For Issuance Of Writ Of Possession Instanter" filed on November 27, 2012. In an effort to remedy the omission as expeditiously as possible, our Clerk of Court contacted the clerk of the Fulton State Court and requested completion of the record. However, the state court clerk was unable to locate all the documents the appellants have identified as missing from the appellate record. Accordingly, these cases are ***REMANDED*** to the Fulton State Court for completion of the record. When the clerk has completed preparation of the record, the clerk is directed to transmit the supplemented record to this court for re-docketing of the appeals. The appellants need not file second notices of appeal. All pending motions are ***DENIED AS MOOT***.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 11/18/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*